# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| DOUGLAS BRUSS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TTI OUTDOOR POWER EQUIPMENT, INC.; including other affiliated entities and individuals,<br><br>Defendant. | Civil Action No. 26-cv-1484<br><br>Judge Joan B. Gottschall |

## UNOPPOSED MOTION FOR SIX-MONTH STAY

Douglas Bruss ("Plaintiff") and defendant TTI Outdoor Power Equipment, Inc. ("Defendant", who collectively with Plaintiff are referred to herein as "the Parties") through their undersigned counsel hereby stipulate and agree, contingent upon Court approval, to withdrawal of Defendant's motion to transfer and a stay of the above-captioned action for six months as follows:

WHEREAS, on April 30, 2026 Defendant filed a motion to transfer to the Central District of California to have the above-captioned action join the matter of *In re Ryobi Power Washer Litigation*, No. 5:25-cv-02280 (C.D. Cal.) pursuant to 28 U.S.C. § 1404(a) (ECF No. 11);

WHEREAS, the Parties disagree as to the applicability of Section 1404(a);

WHEREAS, the Parties have met and conferred and agreed that it would be most efficient for the Parties and the Court to not have to fully brief and then have the Court rule on Defendant's motion at this time and, instead, agree to a stay of the above-action for six months (with Defendant reserving the right to re-file its motion);

1

ACCORDINGLY, the Parties hereby agree and stipulate, contingent upon the Court's approval that:

The above-captioned action is stayed for six months;

The Parties will provide an update on the matter of *In re Ryobi Power Washer Litigation*, No. 5:25-cv-02280 (C.D. Cal.) in six months, by November 30, 2026; and

Defendant's motion to transfer is withdrawn (with Defendant reserving the right to re-file).

Respectfully submitted this 14th day of May, 2026,

| | |
|---|---|
| **REESE LLP**<br><br>*/s/ Michael R. Reese*<br>Michael R. Reese<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>(212) 643-0500<br>*mreese@reeellp.com*<br><br><br>*Counsel for Plaintiff* | **Riley Safer Holmes & Cancila LLP**<br>*Attorneys for Defendant*<br><br>*/s/ Amy C. Andrews*<br>Amy C. Andrews<br>Lauren Elizabeth Jaffe<br>1 South Dearborn Street, Suite 2200<br>Chicago, Illinois 60603<br>312-404-3930<br>*aandrews@rshc-law.com*<br>*LJaffe@rshc-law.com*<br><br>*Counsel for Defendant* |