**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DOUGLAS BRUSS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TTI OUTDOOR POWER EQUIPMENT, INC.,<br><br>Defendant. | CaseNo. 26-cv-1484<br><br>Judge Joan B. Gottschall |

## STATUS REPORT

Plaintiff Douglas Bruss ("Plaintiff") and defendant TTI Outdoor Power Equipment, Inc. ("Defendant"), through their respective counsel, hereby submit the following status report as ordered by the Court on May 26, 2026 (ECF No. 18):

1. This action is currently stayed pending resolution of factually-related cases pending in the Central District of California consolidated under the caption *In re RYOBI Power Washer Litigation*, Case No 5:25-cv-02280- MWF(SPx) (the "Consolidated Action").

2. The court in the Consolidated Action has before it a fully-briefed motion to dismiss the plaintiffs' first amended consolidated complaint. The court heard argument on August 19, 2026, and took the matter under advisement.

3. In accordance with the current stay, the parties have not engaged in discovery or settlement efforts. The parties propose submitting another status report in 60 days, up to and including October 23, 2026.

Dated: August 24, 2026

Respectfully submitted,

**REESE LLP**

_/s/ Michael R. Reese_
Michael R. Reese
(Northern District of Illinois
General and Trial Bar No. 90785808)
100 West 93rd Street, 16th Floor
New York, New York 10025
(212) 643-0500
*mreese@reeellp.com*

**SULTZER & LIPARI, PLLC**
Jason P. Sultzer (to be admitted pro hac vice)
Scott E. Silberfein (to be admitted pro hac vice)
Chuck Schimmel (to be admitted pro hac vice)
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Tel: (845) 483-7100
*sultzerj@thesultzerlawgroup.com*
*silberfeins@thesultzerlawgroup.com*
*schimmelc@sultzerlawgroup.com*

*Counsel for Plaintiff and the Proposed Class and Subclass*

/s/ Lauren E. Jaffe
Amy C. Andrews
Lauren E. Jaffe
aandrews@rshc-law.com
ljaffe@rshc-law.com
**RILEY SAFER HOLMES AND CANCILA LLP**
1 S. Dearborn St., Ste 2200
Chicago, IL 60603
Telephone: (312) 471-8700

Michelle C. Doolin (*pro hac forthcoming*)
michelle.doolin@sidley.com
**SIDLEY AUSTIN LLP**
12230 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 398-0182
Facsimile: (858) 398-0450

Judith Shophet Sidkoff (*pro hac forthcoming*)
judith.sidkoff@sidley.com
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9473
Facsimile: (310) 595-9501

*Attorneys for Defendant*
*TTI Outdoor Power Equipment, Inc.*